## 69838. BRIGHT v. DeKALB COUNTY.
### (331 SE2d 58)

BENHAM, Judge.

This appeal is an attempt by appellant to secure review of the superior court's dismissal of appellant's petition for certiorari to the recorder's court. A notice of appeal to this court was filed without any compliance with interlocutory appeal procedures. "Appellant has failed to follow the proper procedures required by law when appealing from a decision of a superior court to which a writ of certiorari has been taken from a decision of a lower court. OCGA § 5-6-35 . . .

Therefore, his appeal must be dismissed. [Cits.]" *Crawford v. Goza*, 168 Ga. App. 565 (310 SE2d 1) (1983).
*Appeal dismissed. Banke, C. J., and McMurray, P. J., concur.*

DECIDED APRIL 30, 1985.

Albert G. Bright, Jr., *pro se.*
*Albert Sidney Johnson, Genet McIntosh*, for appellee.